```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION

MICHAEL D. McCORD,                )
                                  )
           Plaintiff,             )
                                  )
      v.                          )    No. 4:07 CV 1372 DDN
                                  )
ALAN BLAKE, et al.,               )
                                  )
           Defendant.             )
```

## ORDER OF VOLUNTARY DISMISSAL

**IT IS HEREBY ORDERED** that the motion of plaintiff to dismiss this action so that he may follow certain other pre-action procedures (Doc. 7) is sustained.  This action is dismissed without prejudice.


                                       /S/ David D. Noce
                                  **UNITED STATES MAGISTRATE JUDGE**


Signed on August 23, 2007.